UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: 3566227 |
| REGGIE RODRIGUEZ | : | ORDER OF DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, dismisses Violation No. 3566227 against defendant Reggie Rodriguez, which was issued on or about May 13, 2016, charging him with possessing a knife with a blade more than 2 ½ inches in length violation of 18 U.S.C. § 930, for the reason that prosecution of defendant Reggie Rodriguez is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant Reggie Rodriguez of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 11/17/16